## WHITTEN v. BACON.

HILL, J. There being in the record in this case no assignments of error which can be considered without reference to the brief of evidence, and the brief of evidence not being prepared as required by the Civil Code (1910), § 6093, the documentary evidence introduced on the trial of the case not being briefed, this court will refuse to consider the assignments of error, and the judgment of the court below refusing a new trial will be affirmed. *Judgment affirmed. All the Justices concur.*

*A. S. Way* and *John W. Sheppard,* for plaintiff.

*C. L. Cowart,* for defendant.

